1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    STEVEN CHARKHIAN,                          CASE NO. 1:09-cv-01168-YNP PC

10                        Plaintiff,            ORDER TO SUBMIT APPLICATION TO
                                                PROCEED IN FORMA PAUPERIS OR PAY
11          v.                                  FILING FEE WITHIN 45 DAYS

12   KEN CLARK, et al.,

13                        Defendants.
     _____/

14

15          Plaintiff Steven Charkhian ("Plaintiff") is a former state prisoner proceeding pro se in this

16   civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee or

17   submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

18          Accordingly, IT IS HEREBY ORDERED that:

19          Within forty-five (45) days of the date of service of this order, Plaintiff shall complete, sign,

20   and submit the attached application to proceed in forma pauperis by a non-incarcerated plaintiff.  In

21   the alternative, Plaintiff may pay the $350.00 filing fee for this action.  **No requests for extension**

22   **will be granted without a showing of good cause.**

23          **Failure to comply with this order will result in a recommendation that this action be**

24   **dismissed.**

25   IT IS SO ORDERED.

26   **Dated:   December 17, 2009**              **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE
27

28

                                                1